# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-CR-1568-LAB |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO EXONERATE THE BOND** |
| MARCO SOLIS-GUADARRAMA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Superseding Information in the above-entitled case against defendant MARCO SOLIS-GUADARRAMA be dismissed without prejudice.

IT IS FURTHER ORDERED that the bond filed for MARCO SOLIS-GUADARRAMA be exonerated.

**IT IS SO ORDERED.**

DATED: November 6, 2019.

_____
HONORABLE LARRY ALAN BURNS
Chief United States District Judge